AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Shawn Cowayne Walker<br>*Plaintiff*<br>v.<br>Commissioner of Social Security Administration<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No.   2:10-cv-0582-RSC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is Ordered and Adjudged that the decision of the Commissioner is Reversed and the case is Remanded to the Commissioner under Sentence Four 42 U.S.C. § 405 (g) for further proceedings.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Robert S. Carr, United States Magistrate Judge.

Date:   October 22, 2010                                            *CLERK OF COURT*   Larry W. Propes

                                                                                                    s/Heather Hillman
                                                                                            *Signature of Clerk or Deputy Clerk*